```
            UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF GEORGIA
                    ROME DIVISION
```

IN RE: DANIEL SALAZAR AND          { CHAPTER 13
       REBECCA JO SALAZAR,         {
                                   {
       DEBTOR(S)                   { CASE NO. R19-40682-PWB
                                   {
                                   { JUDGE BONAPFEL

## SUPPLEMENTAL OBJECTION TO CONFIRMATION

    COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1. The amended Chapter 13 plan filed July 29, 2019 fails to indicate the proposed change(s) to Section(s) 2.1 and 3.3 at the top right of the form, possibly rendering those changes ineffective. General Order No. 21-2017.

    2. The Debtors' amended plan filed July 29, 2019 Section 9.1 fails to provide the appropriate date of filing, possibly rendering the proposed changes ineffective.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

                                                _____/s/_____
                                                Brandi L. Kirkland, Attorney
                                                for Chapter 13   Trustee
                                                GA Bar No. 423627

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

R19-40682-PWB

**CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

DANIEL SALAZAR
1414 PAMELA DRIVE
TUNNEL HILL, GA 30755-9616

REBECCA JO SALAZAR
1414 PAMELA DRIVE
TUNNEL HILL, GA 30755-9616

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 2nd day of August 2019


                    /s/
Brandi L. Kirkland, Attorney
State Bar No. 423627




Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com