**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

IN RE:                                                         CASE: R19-40682-PWB

DANIEL SALAZAR                                CHAPTER 13
REBECCA JO SALAZAR

**Debtors**

**Trustee's Motion to Dismiss Case for Failure to Make Plan Payments**

COMES NOW Mary Ida Townson, Standing Chapter 13 Trustee herein, and files this her Motion to Dismiss Case for Failure to Make Plan Payments, respectfully showing the Court the following.

1.

The Debtors filed for relief under Chapter 13 of Title 11 on March 25, 2019.

2.

The Debtors have failed to comply with the terms of the confirmed plan. As of August 24, 2020, the Debtors should have paid $16,751.00. The Debtors have paid a total of $12,912.50, causing a delinquency of $3,838.50.

3.

The Debtors' case will extend longer than sixty (60) months, contrary to 11. U.S.C. § 1322(d).

1

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.

Dated: 8/27/2020                                         Respectfully submitted,


                                                         _/s/_____
                                                         Albert C. Guthrie, Attorney
                                                         for the Chapter 13 Trustee
                                                         GA Bar No. 142399
                                                         285 Peachtree Center Ave, Suite 1600
                                                         Atlanta, GA  30303-1229
                                                         albertg@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

IN RE:                                                                 CASE: R19-40682-PWB

DANIEL SALAZAR                                            CHAPTER 13
REBECCA JO SALAZAR

**Debtors**

**Notice of Hearing on Trustee's Motion to Dismiss Case for Failure to Make Plan Payments**

PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion to Dismiss Case for Failure to Make Plan Payments and related exhibits with the Court seeking an order of dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **October 07, 2020** at **9:45 AM** in **Courtroom 342, Federal Building, 600 East First Street, Rome, GA 30161**.

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing.  The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, Federal Building, 600 East First Street, Rome, GA 30161**.  You must also mail a copy of your response to the undersigned at the address stated below.

**Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

Dated:  8/27/2020

                                                      Respectfully submitted,

                                                _/s/_____
                                                Albert C. Guthrie, Attorney
                                                for the Chapter 13 Trustee
                                                GA Bar No. 142399

R19-40682-PWB

# CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DANIEL SALAZAR
1414 PAMELA DR
TUNNEL HILL, GA 30755

REBECCA JO SALAZAR
1414 PAMELA DR
TUNNEL HILL, GA  30755-9616

SAEGER & ASSOCIATES, LLC
706 South Thornton Ave., Suite D
Dalton, GA  30720

Dated: August 27, 2020

                                                Respectfully submitted,

                                                _/s/_____
                                                Albert C. Guthrie, Attorney
                                                for the Chapter 13 Trustee
                                                GA Bar No. 142399
                                                285 Peachtree Center Ave, Suite 1600
                                                Atlanta, GA  30303-1229
                                                (404) 525-1110
                                                albertg@atlch13tt.com