```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                             ROME DIVISION


IN RE:   DANIEL SALAZAR AND           {   CHAPTER 13
         REBECCA JO SALAZAR,          {
                                      {
         DEBTOR(S)                    {   CASE NO. R19-40682-PWB
                                      {
                                      {   JUDGE BONAPFEL
```

### TRUSTEE'S OBJECTION TO DEBTORS POST-CONFIRMATION PLAN MODIFICATION FILED ON MAY 22, 2023

COMES NOW K. EDWARD SAFIR, Chapter 13 Trustee in the above-styled case and files herewith his objection to Debtors proposed Post-Confirmation Modification filed on May 22, 2023 and as grounds shows the Court as follows:

1.

The Debtors filed for relief under Chapter 13 of Title 11 on March 25, 2019. The Debtors' plan was confirmed on December 13, 2019, which provides plan payments of $1,344.00 per month and to pay general unsecured creditors an unsecured pool of $10,620.60 or the funds remaining after disbursements have been made to all other creditors provided for in the plan, whichever is greater.

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

2.

The Debtors have filed this modification which, increases the Debtors' monthly plan payment and adds a provision to Section 8.1. However, though the proposed Chapter 13 plan includes provisions in Section 8.1, the appropriate box has not been checked in Section 1.3 possibly rendering those provisions ineffective.

WHEREFORE, based on the foregoing, the Chapter 13 Trustee prays that the Court review this modification and deny the Debtors modification and require that the case continue under the provisions of the confirmed Chapter 13 plan and said other and further relief as the Court may deem just and proper.

Respectfully submitted,

_____/s/_____
Brandi L. Kirkland, Attorney
For Chapter 13 Trustee
State Bar No. 423627

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

R19-40682-PWB

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:


DANIEL SALAZAR
1414 PAMELA DRIVE
TUNNEL HILL, GA 30755-9616

REBECCA JO SALAZAR
1414 PAMELA DRIVE
TUNNEL HILL, GA 30755-9616


This 14th day of June, 2023


                     /s/
Brandi L. Kirkland, Attorney
For Chapter 13 Trustee
State Bar No. 423627








K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com