

**IT IS ORDERED as set forth below:**

Date: September 20, 2023

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE: | CASE: R19-40682-PWB |
| DANIEL SALAZAR<br>REBECCA JO SALAZAR | CHAPTER 13 |
| | JUDGE PAUL W. BONAPFEL |
| Debtors | |

**ORDER DENYING MOTION TO DISMISS HELD ON SEPTEMBER 13, 2023**

The above-styled matter having come before the Court, and it appearing to the Court that an agreement was made at the call of the Court's calendar to a payment arrangement on a strict compliance basis, it is hereby

ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Trustee, commencing with the next plan payment following the entry date of this Order and continuing for twelve (12) months following entry of this Order on a strict compliance basis.  It is further

ORDERED, that should a default occur with any of the above-stated terms the Trustee may file a Supplemental Report recommending dismissal and on receipt of such report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional

notice of hearing.

The Clerk of Court is directed to serve a copy of this Order on Debtors, the Debtors' Attorney, and the Chapter 13 Trustee.

End of Document

Presented by:

_/s/_____
Brandi L. Kirkland, Esq.
for the Chapter 13 Trustee
GA Bar No. 423627
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303-1229
(404) 525-1110
brandik@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                                  CASE: R19-40682-PWB

DANIEL SALAZAR                     CHAPTER 13
REBECCA JO SALAZAR

                                                      JUDGE PAUL W. BONAPFEL

Debtors

## **DISTRIBUTION LIST**

K. EDWARD SAFIR, STANDING CHAPTER 13 TRUSTEE
285 PEACHTREE CENTER AVE, SUITE 1600
ATLANTA, GA 30303-1229

SAEGER & ASSOCIATES, LLC
706 SOUTH THORNTON AVE., SUITE D,
DALTON, GA 307200000

DANIEL SALAZAR
1414 PAMELA DR
TUNNEL HILL, GA 30755

REBECCA JO SALAZAR
1414 PAMELA DR
TUNNEL HILL, GA  30755-9616