UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                      CASE: R19-40682-PWB

DANIEL SALAZAR                     CHAPTER 13
REBECCA JO SALAZAR

                                                JUDGE PAUL W. BONAPFEL

Debtors.

### Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

COMES NOW K. EDWARD SAFIR, Standing Chapter 13 Trustee herein, and files this his Motion to Dismiss Case for Failure to Make Plan Payments, respectfully showing the Court the following.

1.

The Debtors filed for relief under Chapter 13 of Title 11 on March 25, 2019.

2.

The Debtors have failed to comply with the terms of the confirmed plan. As of November 27, 2023, the Debtors should have paid $69,407.00. The Debtors have paid a total of $62,744.05, causing a delinquency of $6,662.95.

3.

The Debtors' case will extend longer than sixty (60) months, contrary to 11 U.S.C. § 1322(d).

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.

Dated: 12/5/2023                                                        Respectfully submitted,


                                                    _/s/_____
Deborah A. Reece, Esq.
for the Chapter 13 Trustee
GA Bar No. 283016
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
deborahr@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE: R19-40682-PWB** |
| **DANIEL SALAZAR** | **CHAPTER 13** |
| **REBECCA JO SALAZAR** | **JUDGE PAUL W. BONAPFEL** |
| **Debtors.** | |

**Notice of Hearing on Trustee's Motion to Dismiss Case for Failure to Make Plan Payments**

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss Case for Failure to Make Plan Payments with the Court seeking an order of dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Dismiss Case at 9:45 AM on January 10, 2024 in Courtroom 342, United States Courthouse, 600 East First Street, Rome, GA 30161, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is

received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 600 East First Street, Room 339, Rome, GA 30161. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: 12/5/2023

                                      Respectfully submitted,

                                      _/s/_____
                                      Deborah A. Reece, Esq.
                                      for the Chapter 13 Trustee
                                      GA Bar No. 283016
                                      285 Peachtree Center Ave, Suite 1600
                                      Atlanta, GA  30303-1229
                                      deborahr@atlch13tt.com

R19-40682-PWB

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing Motion to Dismiss Case for Failure to Make Plan Payments with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

DANIEL SALAZAR
1414 PAMELA DR
TUNNEL HILL, GA 30755

REBECCA JO SALAZAR
1414 PAMELA DR
TUNNEL HILL, GA  30755-9616

Dated: December 05, 2023

                                                    Respectfully submitted,

                                                    _/s/_____
                                                    Deborah A. Reece, Esq.
                                                    for the Chapter 13 Trustee
                                                    GA Bar No. 283016
                                                    285 Peachtree Center Ave, Suite 1600
                                                    Atlanta, GA  30303-1229
                                                    (404) 525-1110
                                                    deborahr@atlch13tt.com